UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Jeffery Lee Hamm                                  Docket No. 5:04-CR-127-1FL

**Petition for Action on Supervised Release**

  COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffery Lee Hamm, who, upon an earlier plea of guilty to Armed Bank Robbery and Use and Carry a Firearm in Relation to a Crime of Violence, 18 U.S.C. §§ 2113(a) and (d) and 924(c), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 18, 2004, to the custody of the Bureau of Prisons for a term of 97 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall submit to financial or consumer credit counseling as directed by the probation office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

  Jeffery Lee Hamm was released from custody on April 15, 2011, at which time the term of supervised release commenced.

On October 20, 2011, the court was notified that the defendant received a Driving While License Revoked charge in Wake County, North Carolina on October 7, 2011. To address his non-compliance, the probation office requested that he be allowed to participate in cognitive behavioral therapy program to help change his thinking and behaviors. The court concurred. On April 19, 2012, Mr. Hamm graduated from Moral Reconation Therapy (MRT).

Jeffery Lee Hamm
Docket No. 5:04-CR-127-1FL
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    Mr. Hamm was cited on August 6, 2013, in Wake County, North Carolina with Driving While License Revoked. He was verbally reprimanded for his actions and was instructed not to operate another motor vehicle until properly licensed. This charge remains pending. To address this new violation, the probation office recommends that he be required to complete 24 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, the $200 fee is waived.

    Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Maurice J. Foy |
| Jeffrey L. Keller | Maurice J. Foy |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: August 28, 2013 |

**ORDER OF COURT**

Considered and ordered this  30th  day of   August  , 2013, and ordered filed and made a part of the records in the above case.

_Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge